IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARCUS WERNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-cv-0701 |
| ) | JUDGE HAYNES |
| BELL FAMILY MEDICAL CENTER, INC., ) | |
| MIDDLE TN MEDICAL ASSOCIATES, ) | |
| PLLC, NII SABAN QUAO, M.D., P.C., ) | |
| ARIKANA CHIHOMBORI, M.D., AND ) | |
| NII SABAN QUAO, M.D. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

In accordance with the memorandum filed herewith, Plaintiff's motion for partial summary judgment (Docket Entry No. 68) is **DENIED**.

It is so **ORDERED**.

ENTERED this the ___18th___ day of March, 2011.

WILLIAM J. HAYNES, Jr.
United States District Judge