IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE

| | | |
|---|---|---|
| MARCUS WERNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 3:09-0701 |
| | ) | |
| BELL FAMILY MEDICAL CENTER, | ) | District Judge Sharp |
| INC., MIDDLE TN MEDICAL | ) | Magistrate Judge Knowles |
| ASSOCIATES, PLLC, NII SABAN | ) | |
| QUAO, M.D., P.C., ARIKANA | ) | |
| CHIHOMBORI, M.D., NII SABAN | ) | JURY TRIAL |
| QUAO, M.D. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' RESPONSE PLAINTIFF'S MOTION TO RECONSIDER ORDER ON MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff Marcus Werner pursuant to Local Rule 7.1(b) and moves the Court for an order granting Plaintiff leave to file the attached Reply to Defendants' Response to Plaintiff's Motion to Reconsider Order on Motion for Summary Judgment and directing the Clerk to file the attached Reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant this motion and direct the attached Reply be filed.

June 8, 2011

Respectfully submitted,

COLLINS LAW FIRM

*/s Heather Moore Collins*
Heather Moore Collins, BPR # 026099
2002 Richard Jones Rd., Suite 200-B
Nashville, Tennessee 37215

1